IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. CA 08 179 ML |
| | ) | |
| JOSEPH CAPPELLI | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' COMPLAINT

The United States of America, by its attorney Robert Clark Corrente, United States Attorney for the District of Rhode Island, pursuant to the provisions of 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this civil action to collect from the defendant, Joseph Cappelli, an outstanding unpaid liability for federal internal revenue taxes, plus statutory accruals, and complaints and alleges that:

1. Jurisdiction over this action is conferred upon the district court in 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. § 7402(a).

2. Defendant-taxpayer Joseph Cappelli resides within the jurisdiction of this Court.

3. A delegate of the Secretary of the Treasury of the United States made assessments against defendant-taxpayer Joseph Cappelli for his failure to pay federal income taxes as follows:

| Tax Type and Period | Assessment Date | Unpaid Balance of Assessment |
|---|---|---|
| 1993 Income Tax | May 11, 1998 | $2,127.01 |
| 1994 Income Tax | May 11, 1998 | $14,168.86 |
| 1997 Income Tax | May 31, 1999 | $933.35 |
| 1998 Income Tax | June 7, 1999 | $404.99 |
| 1999 Income Tax | June 11, 2001 | $2,754.64 |
| 2000 Income Tax | May 28, 2001 | $4,805.87 |
| | Total: | $25,194.72 |

4. On, or about, each date of assessment, a delegate of the Secretary of the Treasury of the United States of America gave notice of the assessment to and made a demand for payment of the assessed liability upon the defendant-taxpayer Joseph Cappelli.

5. The defendant-taxpayer Joseph Cappelli has failed, neglected, or refused to pay the amount of the assessments in full, and, after the application of all abatements, payments and credits, he remains indebted to the United States of America for unpaid assessed internal revenue taxes and interest in the amount of $25,194.72, plus such additional amounts as may have accrued from each date of assessment, or continue to accrue as provided by law.

6. Pursuant to paragraph 7 of the Stipulated Judgment and Order in the case of *Borrelli v. Cappelli*, et al., Civil No. 07-143 in the United States District Court

for the District of Rhode Island, defendant-taxpayer "Joseph Cappelli will agree to the entry of judgment against him for the total amount of his outstanding federal income tax liabilities for the taxable years 1993, 1994, 1997, 1998, 1999, and 2000."

WHEREFORE, the United States of America demands judgment against the defendant-taxpayer Joseph Cappelli in the amount of $25,194.72, plus such additional amounts as have accrued and continue to accrue as provided by law, its costs in the action, and such other and further relief as the Court determines is just and proper.

ROBERT CLARK CORRENTE
United States Attorney

ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Email: Alex.T.Case@usdoj.gov